IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| BECKY L. SEHLSTROM, | ) | |
| | ) | |
| Plaintiff, | ) | No. C07-3061-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is reversed and the Commissioner is directed to compute and award disability benefits with an onset date of July 14, 2005.

Dated: September 26, 2008          ROBERT L. PHELPS
                                                Clerk

                                                /s/ des
                                                (By) Deputy Clerk